# UNITED STATES DISTRICT COURT
for the
Western District of Virginia



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with the cellular telephone assigned call number (703) 344-5440, that is stored at premises controlled by T-MOBILE | ) ) ) ) ) ) Case No. 3:19mj00019 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of __New Jersey__
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A (which is incorporated herein)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B (which is incorporated herein)

**YOU ARE COMMANDED** to execute this warrant on or before __April 3, 2019__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __The Honorable Joel C. Hoppe__.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☑ until, the facts justifying, the later specific date of __09/16/2019__.

Date and time issued: __3/21/19 at 7:20am__   __/s/ Joel C. Hoppe__
*Judge's signature*

City and state: __Charlottesville, Virginia__   __Joel C. Hoppe, United States Magistrate Judge__
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>3:19mj00019 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                        *Executing officer's signature*

                                                             *Printed name and title*