<mark>3:19mj00019</mark>



## ATTACHMENT A

**Property to Be Searched**

This warrant applies to records and information associated with the cellular telephone assigned call number **(703) 344-5440**, that are stored at premises controlled by **T-MOBILE**, located at **4 Sylvan Way, Parsippany, New Jersey 07054**.

21